IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ADAMS KEEGAN, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:16-cv-02152-SHM-cgc |
| | ) |
| PROTIVITI, INC., | ) **JURY DEMANDED** |
| Defendant. | ) |

## JOINT MOTION TO EXTEND MEDIATION DEADLINE IN THE SCHEDULING ORDER AND INCORPORATED MEMORANDUM

Plaintiff Adams Keegan, Inc. ("Adams Keegan") and Defendant Protiviti, Inc. ("Protiviti"), by and through counsel, move the Court for an amendment to the Scheduling Order (Doc. 24) to allow the parties an additional thirty (30) days to complete mediation. Under the Scheduling Order, the current mediation deadline is September 30, 2016, however, the parties were unable to complete mediation prior to that date due to the conflicting schedules of counsel and the mediator. At this time, the parties have agreed upon attorney Glen G. Reid with the law firm of Wyatt Tarrant & Combs LLP as the mediator and have set a mediation date of October 12, 2016. Accordingly, the parties request an additional 30 days, up to and including October 30, 2016, to complete mediation.

Dated: October 5, 2016

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

s/ Nicholas L. Vescovo
Adam S. Baldridge (TN Bar No. 23488)

Nicholas L. Vescovo (TN Bar No. 30387)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Tele: (901) 577-2102
Fax:  (901) 577-0838
165 Madison Avenue
2000 First Tennessee Building
Memphis, Tennessee 38103
Email:  abaldridge@bakerdonelson.com
Email:  nvescovo@bakerdonelson.com

*Attorneys for Plaintiff Adams Keegan, Inc.*

**MARTIN TATE MORROW & MORROW P.C.**

s/ Shea Sisk Wellford
Shea Sisk Wellford
MARTIN TATE MORROW &
MORROW P.C.
International Place, Tower II
6410 Poplar Avenue, Suite 1000
Memphis, Tennessee 38119-4839
Phone (901) 522-9000
Direct Dial (901) 328-2353
Fax (901) 527-3746
Email:  sheawellford@martintate.com

Ashley E. Cowgill (TN Bar No. 033042)
PILLSBURY WINTHROP SHAW
PITTMAN LLP
333 Commerce Street
Nashville, TN 37201
Tel.: (615) 622-3708
Email: ashley.cowgill@pillsburylaw.com

*Attorneys for Defendant Protiviti, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of October, 2016, a true and correct copy of the foregoing document was served on counsel of record, via the Court's CM/ECF system and/or email.

s/ Adam S. Baldridge
Adam S. Baldridge

4829-2470-1754